IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00489-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD LARA,

    Defendant.

and

APOGEE RETAIL,

    Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on June 7, 2007 in this case is GRANTED.

ORDERED and entered this 26th day of June, 2007.

BY THE COURT:

_____
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE